PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8929
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Branick-Abilla@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| ALEXANDRIA BAUGH, | Case No.: 2:17-cv-01382-AC |
|     Plaintiff, | STIPULATION & [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME |
| vs. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
|     Defendant. | |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, that Defendant shall have a 35-day extension of time, from December 8, 2017, to January 12, 2018, for Defendant to respond to Plaintiff's Motion for Summary Judgment. All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Defendant's first request for an extension of time. Defendant respectfully submits that good cause exists for the requested extension because Defendant's counsel requires additional time to review the record, to evaluate the issues raised in Plaintiff's Motion for Summary Judgment, to determine whether options exist for settlement, to prepare Defendant's

Stipulation & PO; Case No.: 2:17-cv-01382-AC

1

response to Plaintiff's Motion if settlement is not possible, and to accommodate competing workloads. This request is made in good faith with no intention to unduly delay the proceedings. Plaintiff does not oppose the requested extension.

Respectfully submitted,

Dated: December 1, 2017   LAW OFFICE OF NANCY MCCOMBS

By: */s/ Nancy K. McCombs*\*
NANCY K. MCCOMBS
Attorneys for Plaintiff
[*As authorized by e-mail on Dec. 1, 2017]

Dated: December 4, 2017   PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By: */s/ Margaret Branick-Abilla*
MARGARET BRANICK-ABILLA
Special Assistant United States Attorney
Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: December 4, 2017

*[signature]*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

Stipulation & PO; Case No.: 2:17-cv-01382-AC